UNITED STATES DISTRICT COURT            **C/M**
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                            :
REGINA LEWIS,                                         :
                           Plaintiff,               :       **ORDER**
                                                   :
            - against -                 :       15-mc-0034 (BMC)
                                                 :
CHIEF MEDICAL STAFF MEMBER JOHN    :
DOE and WARDEN K. ASK-CARLSON,        :
                                                   :
                          Defendants.       :
------------------------------------------------------------ X

        The Court takes Ms. Lewis' complaint that her Probation Officer is hacking into her computers very seriously. However, her proposed complaint contains no facts showing the basis for her belief that he has done so. The Court has received assurances from the Probation Department that no such hacking or any computer interference has occurred. In the absence of factual allegations showing a plausible claim that he has done so, plaintiff's proposed action will not proceed, consistent with the special conditions of her supervised release.

**SO ORDERED.**

                                                              U.S.D.J.

Dated: Brooklyn, New York
        February 17, 2015